**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4419 Van Nuys Blvd. Ste. 301
Sherman Oaks, CA 91403
T: (323) 940-1700
F: (510) 570-3815
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
TINA ESCOBEDO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TINA ESCOBEDO, | Case No.: 8:25-cv-01161-DOC-ADS |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS ENTIRE MATTER WITH PREJUDICE** |
| COMERICA BANK, | |
| Defendant(s). | |

　　NOW COMES Plaintiff, TINA ESCOBEDO, and Defendant, COMERICA BANK, by and through the undersigned counsel, and hereby jointly move this Honorable Court for a dismissal of the instant matter in its entirety, with prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*, with each party to bear its own attorneys' fees and costs incurred.

///

///

///

- 1 -

STIPULATION TO DISMISS

RESPECTFULLY SUBMITTED,

Dated: November 10, 2025        **MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*

Dated: November 10, 2025        **DUANE MORRIS LLP**

By: /s/ Dillon Denio

Dillon Denio
*Attorney for Defendant*

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: November 10, 2025        **MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*

# PROOF OF SERVICE

I, G. Thomas Martin, III, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 4419 Van Nuys Blvd. Ste. 301 Sherman Oaks, CA 91403. On November 10, 2025, I served the following documents:

**STIPULATION TO DISMISS**

On all parties of record, through counsel

By the following means of service:

[X]   **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X]   **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on November 10, 2025, at Sherman Oaks, California.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III