UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA ESCOBEDO,<br><br>       Plaintiff,<br><br>  vs.<br><br>COMERICA BANK,<br><br>       Defendant(s). | Case No.: 8:25-cv-01161-DOC-ADS<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE  [35]** |

### ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved.  All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 11, 2025

By: *David O. Carter*

David O. Carter

United States District Judge

- 1 -